THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>     Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR, an agency of the United States,<br><br>     Defendant. | NO. 2:18-CV-01387-JLR<br><br>STIPULATED MOTION FOR EXTENSION OF TIME<br><br>Noted for Consideration:<br>December 12, 2018 |

## JOINT STIPULATION

The parties hereby jointly STIPULATE AND AGREE to extend the following deadlines for good cause:

| Deadline | Old Deadline | New Deadline |
|---|---|---|
| FRCP 26(f) Conference | December 14, 2018 | January 11, 2019 |
| Initial Disclosures | December 28, 2018 | January 25, 2019 |
| Combined Joint Status Report and Discovery Plan | January 4, 2019 | February 1, 2019 |

STIPULATED MOTION FOR
EXTENSION OF TIME                                  - 1 -

SEA SHEPHERD LEGAL
2226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 504-1600

**SO STIPULATED.**

Dated this 12th day of December, 2018.

          *s/      Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

          *s/      Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

Attorneys for Plaintiff

**SO STIPULATED.**

Dated this 12th day of December, 2018.

          *s/      Michelle R. Lambert*
MICHELLE R. LAMBERT, NY # 4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4067
Email: michelle.lambert@usdoj.gov

Attorney for Defendant

## ORDER

**IT IS SO ORDERED.**

Dated this 26th day of December, 2018.

                                           *(signature)*
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR
EXTENSION OF TIME                - 3 -

SEA SHEPHERD LEGAL
2226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 504-1600