The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | No. C18-1387-JLR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR STAY OF DEADLINES IN LIGHT OF LAPSE OF APPROPRIATIONS<br><br>Noted for Consideration:<br>Today |

The Court, having reviewed the materials in this case, and for good cause shown, hereby **STAYS** all litigation deadlines until Congress has restored appropriations to the Department of Justice and Department of the Department of Interior. Counsel for the government will notify the Court as soon as Congress has appropriated funds for the Department of Justice.

Dated this 9th day of Jan., 2019.

JAMES L. ROBART
United States District Judge

[Proposed] Order - 1
(C18-1387-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Presented by:

ANNETTE L. HAYES
United States Attorney


/s/ Michelle R. Lambert
MICHELLE R. LAMBERT, NYS# 4666657
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  206-553-7970
Email:  michelle.lambert@usdoj.gov

[Proposed] Order - 2
(C18-1387-JLR)

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970