The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | No. C18-1387-JLR<br><br>**NOTICE OF APPROPRIATIONS RECEIVED AND [PROPOSED] ORDER RESETTING DEADLINES** |

NOTICE is hereby given that the lapse of appropriations affecting the Department of Justice has ended and Department of Justice attorneys may now resume work on the above-captioned case.

1.      On the evening of January 25, 2019, the President signed into law H.J. Res. 28, the "Further Additional Continuing Appropriations Act, 2019," which provides appropriations to the Department of Justice through February 15, 2019.

2.      Pursuant to this Court's order (Dkt. No. 17), the Government notifies the Court that the lapse of appropriations has ended and requests that the stay currently in place be lifted and an order be entered resetting the deadlines for the parties to FRCP 26(f) deadline, Initial Disclosures, and the Joint Status Report.

UNITED STATES ATTORNEY<br>700 Stewart Street, Suite 5220<br>Seattle, Washington  98101-1271<br>(206) 553-7970

1    3.    Defense counsel has conferred with Plaintiff's counsel about the new proposed

2    deadline.  The parties propose the following deadlines:

3              a.   Deadline for FRCP 26(f) Conference:  February 7, 2019

4

5              b.   Initial Disclosures:  February 21, 2019

6              c.   Joint Status Report:  February 28, 2019

7    DATED this 29th day of January, 2019.

8                                        Respectfully submitted,
9                                        BRIAN T. MORAN
                                         United States Attorney
10
                                         *s/ Michelle R. Lambert*
11                                       MICHELLE R. LAMBERT, NY #4666657
                                         Assistant United States Attorneys
12                                       United States Attorney's Office
                                         700 Stewart Street, Suite 5220
13                                       Seattle, Washington  98101-1271
14                                       Phone:  206-553-7970
                                         Fax:  206-553-4073
15                                       Email:  michelle.lambert@usdoj.gov

16                                       Attorneys for Defendant

17

18                          ~~[PROPOSED]~~ **ORDER**

19   It is hereby **ORDERED** that the parties comply with the following deadlines:

20
     Deadline for FRCP 26(f) Conference          February 7, 2019
21   Initial Disclosures                          February 21, 2019
     Joint Status Report                          February 28, 2019
22

23
              ⅄
24   Dated this 30 day of January, 2019.

25

26

27                          Honorable James L. Robart
                            U.S. District Court Judge
28