District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

Plaintiff,

v.

DEPARTMENT OF THE INTERIOR,

Defendant.

Case No. C18-1387 JLR

JOINT STATUS REPORT

Plaintiff SEA SHEPHERD LEGAL filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendant U.S. DEPARTMENT OF THE INTERIOR ("DOI"), seeking disclosure of certain documents. On May 3, 2019, the Court, at the parties' request, ordered the parties to (1) continue to work toward resolution of this matter without further judicial intervention and (2) submit a joint status report within the next 60 days. Dkt. No. 23.

Accordingly, the parties submit this joint status report to explain to the Court how they are working toward resolution of this matter. First, DOI continues to produce responsive documents on a regular basis as they become available. Second, the parties are now in discussions of prioritizing production of more recent documents, which requires a supplemental search and processing. The initial search was done on a multi-bureau level involving various parties and multiple overlapping litigated requests. The

STIPULATED MOTION
C18-1387 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

more recent documents, in contrast, are uniquely responsive to Sea Shepherd Legal's request. At this time, a supplemental search and processing of more recent documents implicates other DOI resource issues that must be resolved prior to a commitment by DOI. Sea Shepherd Legal has asked DOI for an expedited determination as to whether it will prioritize production of these more recent documents. DOI is working to respond to this request in an effort to avoid motion practice.

Counsel for the parties have conferred and intend to continue to work together on these issues. The parties respectfully request that they be allowed to submit a joint status report within the next 30 days. If at any time in the next 30 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a joint briefing schedule to the Court.

**SO STIPULATED.**

Dated this 24th day of June, 2019.

_s/_   _Brett W. Sommermeyer_
BRETT W. SOMMERMEYER, WSBA # 30003

_s/_   _Catherine E. Pruett_
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA 98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

Attorneys for Plaintiff

**SO STIPULATED.**

Dated this 24th day of June, 2019.

BRIAN T. MORAN
United States Attorney

_s/_   _Michelle R. Lambert_
MICHELLE R. LAMBERT, NY # 4666657

STIPULATED MOTION
C18-1387 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  
2  Assistant United States Attorney
   United States Attorney's Office
3  1201 Pacific Avenue, Suite 700
   Tacoma, Washington 98402
4  Phone: 253-428-3824
   Email: michelle.lambert@usdoj.gov
5  
6  Attorney for Defendant
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

STIPULATED MOTION  
C18-1387 JLR - 3

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970

## ORDER

**IT IS SO ORDERED.**

Dated this 25th day of June, 2019.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION
C18-1387 JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970