1

2

3

4

5

6

7

8

District Judge James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11

12

13

14

SEA SHEPHERD LEGAL,

              Plaintiff,

v.

DEPARTMENT OF THE INTERIOR,
an agency of the United States,

              Defendant.

Case No. C18-1387 JLR

JOINT STATUS REPORT &
~~PROPOSED~~ ORDER

15

16

17

18

19

20

21

22

     Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendant U.S. DEPARTMENT OF THE INTERIOR ("DOI"), seeking disclosure of certain documents.  On June 25, 2019, the Court entered a stipulated order requiring the parties to (1) continue working toward resolution of this matter without further judicial intervention and (2) submit a joint status report ("JSR") within the next 30 days. Dkt. No. 25.

23

24

25

     Accordingly, the parties submit this JSR to notify the Court that they are continuing to work together toward resolution of this matter.  The parties are now actively engaged in settlement discussions. Apart from attorney's fees and costs, the primary issue to be resolved is the timing and

JOINT STATUS REPORT AND PROPOSED
ORDER

- 1 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.

1  manner of release of a set of relatively recent records (dated from 2017) that are potentially

2  responsive to SSL's FOIA request.  According to rough agency estimates, these records span tens of

3  thousands of pages.  Given this circumstance, the parties are attempting to identify ways to

4  streamline review and release of these voluminous records.

5

6        Counsel for the parties have conferred and intend to continue working together on these

7  issues. The parties respectfully request that they be allowed to submit a JSR within the next 60 [~~30~~] days

8  but will, nevertheless, engage in their best efforts to resolve the outstanding issues before the JSR is

9  due.  If at any time in the next 60 [~~30~~] days it becomes apparent that a resolution is not feasible, the

10  parties will submit a joint briefing schedule to the Court.

11  **SO STIPULATED.**

12  Dated this 25th day of July 2019.

13                           *s/     Brett W. Sommermeyer*
                         BRETT W. SOMMERMEYER, WSBA # 30003

14

15                           *s/     Catherine E. Pruett*
                         CATHERINE E. PRUETT, WSBA # 35140

16

17                           SEA SHEPHERD LEGAL
                         2226 Eastlake Avenue East, No. 108

18                           Seattle, WA  98102
                         Phone: (206) 504-1600

19                           Email: brett@seashepherdlegal.org
                         Email: catherine@seashepherdlegal.org

20

21                           Attorneys for Plaintiff

22

23

24

25

JOINT STATUS REPORT AND PROPOSED ORDER    - 2 -

1 | **SO STIPULATED.**

2 | Dated this 25th day of July 2019.

3

4 |                                BRIAN T. MORAN
                                   United States Attorney

5

6 |                                _s/_    _Michelle R. Lambert_
                                   MICHELLE R. LAMBERT, NY # 4666657
                                   Assistant United States Attorney

7 |                                United States Attorney's Office
                                   1201 Pacific Avenue, Suite 700

8 |                                Tacoma, Washington 98402
                                   Phone:  253-428-3824

9 |                                Email:  michelle.lambert@usdoj.gov

10

11 |                               Attorney for Defendant

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT STATUS REPORT AND PROPOSED
ORDER                                    - 3 -

1

[PROPOSED] ORDER

2

IT IS SO ORDERED.

3

4
Dated this 6ᵗʰ day of July 2019.

5

6

JAMES L. ROBART
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

JOINT STATUS REPORT AND PROPOSED
ORDER

- 4 -

SEA SHEPHERD LEGAL
226 Eastlake Ave. East, No. 108
Seattle, Washington 98102
(206) 453-0012.