District Judge James L. Robart

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11
12
13
14
15
16

SEA SHEPHERD LEGAL,

Plaintiff,

v.

DEPARTMENT OF THE INTERIOR,

Defendant.

Case No. C18-1387 JLR

JOINT STATUS REPORT
AND ORDER

17
18
19
20
21
22

Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendant U.S. DEPARTMENT OF THE INTERIOR ("DOI"), seeking disclosure of certain documents. On August 6, 2019, the Court, at the parties' request, ordered the parties to (1) continue to work toward resolution of this matter without further judicial intervention and (2) submit a joint status report ("JSR") within the next 60 days. Dkt. No. 27.

23
24
25
26
27
28

Accordingly, the parties submit this JSR to notify the Court of their progress towards resolving this matter.  The parties worked together to identify a subset of relatively recent records that may be responsive to SSL's FOIA request. DOI conducted a search and provided SSL with an index of approximately 1,600 documents, which constituted the universe of potentially responsive records yet to be produced. DOI then identified on the index which documents were non-responsive or were likely duplicative

STIPULATED MOTION
C18-1387 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  of records already produced.  With this information, SSL identified which records it
2  would like DOI to release in a prioritized production.

3       DOI's FOIA office intends to produce this narrowed set of documents on or before
4  November 15, 2019, with the possible exception of a small number of documents that
5  may have to be sent to another agency for consultation.  At this time, the parties
6  anticipate that, apart from attorneys' fees and costs, this production (including any
7  disputes over associated withholdings or redactions) is the last substantive issue to be
8  addressed regarding Plaintiff's FOIA claims.

9       For good cause, the parties respectfully request that they be allowed to submit a
10  joint status report within the next 60 days.  If at any time in the next 60 days it becomes
11  apparent that resolution between the parties is not feasible, the parties will submit a joint
12  briefing schedule to the Court.

13  **SO STIPULATED**.

14  Dated this 20th day of September, 2019.

15                    _s/_    _Brett W. Sommermeyer_
16                    BRETT W. SOMMERMEYER, WSBA # 30003

17                    _s/_    _Catherine E. Pruett_
18                    CATHERINE E. PRUETT, WSBA # 35140

19
20                    SEA SHEPHERD LEGAL
21                    226 Eastlake Avenue East, No. 108
                  Seattle, WA  98102
22                    Phone: (206) 504-1600
                  Email: brett@seashepherdlegal.org
23                    Email: catherine@seashepherdlegal.org

24                    Attorneys for Plaintiff
//
25  //
//
26  //
//
27
28

1 | **SO STIPULATED.**

2 | Dated this 20th day of September, 2019.

3

4 |                      BRIAN T. MORAN
                     United States Attorney

5

6 |                      *s/ Michelle R. Lambert*
                     MICHELLE R. LAMBERT, NY # 4666657

7 |                      Assistant United States Attorney
                     United States Attorney's Office

8 |                      1201 Pacific Avenue, Suite 700

9 |                      Tacoma, Washington 98402
                     Phone:  253-428-3824

10 |                      Email:  michelle.lambert@usdoj.gov

11

12 |                      Attorneys for Defendant

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2

## **ORDER**

3
**IT IS SO ORDERED**.

4

5
Dated this **24th** day of September, 2019.

6
7
8
JAMES L. ROBART
United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970