UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>                Plaintiff,<br>     v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>                Defendant. | CASE NO. C18-1387JLR<br><br>ORDER DIRECTING JOINT STATUS REPORT |

On January 22, 2020, Plaintiff Sea Shepherd Legal and Defendant Department of the Interior ("DOI") filed a joint status report stating that DOI intends to produce "the only remaining [non-exempt] documents" at issue in this Freedom of Information Act ("FOIA") litigation "in short order." (JSR (Dkt. # 33) at 1.) The court ORDERS the parties to submit a joint status report, within 14 days of the filing date of this order, that

//

//

states 1) whether those documents have been produced, and 2) any remaining issues necessary to resolve this litigation.

Dated this 25th day of March, 2020.

JAMES L. ROBART
United States District Judge