District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>　　　　　Defendant. | Case No. C18-1387 JLR<br><br>JOINT STATUS REPORT AND ORDER |

　　　　Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendant U.S. DEPARTMENT OF THE INTERIOR ("DOI"), seeking disclosure of certain documents. The parties provide this status report pursuant to the Court's March 25, 2020 order. Dkt. No. 35.

　　　　In January, DOI produced to SSL the non-exempt documents that had been sent out for consultation to another agency. On April 1, 2020, the parties conferred about issues that SSL identified after reviewing DOI's record production. As a result, DOI will produce on or before April 17, 2020 eighteen records that had inadvertently not been included in DOI's previous production. DOI also anticipates producing by that date a *Vaughn* Index for the narrowed production of records agreed upon by the parties last summer.

　　　　At this time, the parties anticipate that, apart from attorneys' fees and costs, these are the last substantive issue to be addressed regarding SSL's FOIA claims.

STIPULATED MOTION
C18-1387 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | For good cause, the parties respectfully request that they be allowed to submit a |
| 2 | joint status report within the next 60 days.  If at any time in the next 60 days it becomes |
| 3 | apparent that resolution between the parties is not feasible, the parties will submit a joint |
| 4 | briefing schedule to the Court. |

**SO STIPULATED**.

Dated this 8th day of April, 2020.

          *s/  Brett W. Sommermeyer*
          BRETT W. SOMMERMEYER, WSBA # 30003

          *s/  Catherine E. Pruett*
          CATHERINE E. PRUETT, WSBA # 35140

          SEA SHEPHERD LEGAL
          226 Eastlake Avenue East, No. 108
          Seattle, WA  98102
          Phone: (206) 504-1600
          Email: brett@seashepherdlegal.org
          Email: catherine@seashepherdlegal.org

          *Attorneys for Plaintiff*

**SO STIPULATED**.

Dated this 8th day of April, 2020.

          BRIAN T. MORAN
          United States Attorney

          *s/ Michelle R. Lambert*
          MICHELLE R. LAMBERT, NY # 4666657
          Assistant United States Attorney
          United States Attorney's Office
          1201 Pacific Avenue, Suite 700
          Tacoma, Washington 98402
          Phone:  253-428-3824
          Email:  michelle.lambert@usdoj.gov

          *Attorneys for Defendant*

STIPULATED MOTION
C18-1387 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

**IT IS SO ORDERED**.

Dated this <u>17</u>th day of April, 2020.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION
C18-1387 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970