District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEA SHEPHERD LEGAL,

Plaintiff,

v.

DEPARTMENT OF THE INTERIOR,

Defendant.

Case No. C18-1387 JLR

JOINT STATUS REPORT AND ORDER

Plaintiff SEA SHEPHERD LEGAL ("SSL") filed the above-captioned lawsuit under the Freedom of Information Act ("FOIA") against Defendant U.S. DEPARTMENT OF THE INTERIOR ("DOI"), seeking disclosure of certain documents. The parties provide this status report pursuant to the Court's January 8, 2021 Minute Order. Dkt. No. 45.

The only remaining issue in this litigation is SSL's claim for fees and costs. The parties have commenced settlement discussions that, if successful, will resolve the case in full without additional judicial intervention. However, the parties require an additional week as there has been some delay due to the recent change in administrations and personnel at DOI.

For good cause, the parties respectfully request that they be allowed to submit a joint status report on or before February 1, 2021. If at any time in the next 7 days it becomes apparent that resolution between the parties is not feasible, the parties will submit a joint briefing schedule to the Court.

Joint Status Report and Order
C18-1387 JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**SO STIPULATED**.

Dated this 25th day of January, 2021.

                *s/     Brett W. Sommermeyer*
                BRETT W. SOMMERMEYER, WSBA # 30003

                *s/     Catherine E. Pruett*
                CATHERINE E. PRUETT, WSBA # 35140

                SEA SHEPHERD LEGAL
                226 Eastlake Avenue East, No. 108
                Seattle, WA  98102
                Phone: (206) 504-1600
                Email: brett@seashepherdlegal.org
                Email: catherine@seashepherdlegal.org

                *Attorneys for Plaintiff*

**SO STIPULATED**.

Dated this 25th day of January, 2021.

                BRIAN T. MORAN
                United States Attorney

                *s/ Michelle R. Lambert*
                MICHELLE R. LAMBERT, NY # 4666657
                Assistant United States Attorney
                United States Attorney's Office
                1201 Pacific Avenue, Suite 700
                Tacoma, Washington 98402
                Phone:  253-428-3824
                Email:  michelle.lambert@usdoj.gov

                *Attorneys for Defendant*

Joint Status Report and Order
C18-1387 JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

**IT IS SO ORDERED**.

Dated this 26th day of January, 2021.

*[signature]*

JAMES L. ROBART
United States District Judge

Joint Status Report and Order
C18-1387 JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970