District Judge James L. Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SEA SHEPHERD LEGAL,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE INTERIOR,<br><br>Defendant. | CASE NO. 2:18-cv-01387-JLR<br><br>STIPULATED ORDER FOR DISMISSAL<br><br>Noted for Consideration:<br>February 1, 2021 |

The above-captioned action having been settled, the parties, through their undersigned counsel and respective attorneys of record, now hereby stipulate to the dismissal with prejudice of this case.

//
//
//
//
//
//
//
//

STIPULATED DISMISSAL - 1
(CASE NO. C18-01387-JLR)

UNITED STATES ATTORNEY
700 S<small>TEWART</small> S<small>TREET</small>, S<small>UITE</small> 5220
S<small>EATTLE</small>, W<small>ASHINGTON</small> 98101
(206) 553-7970

DATED this 1st day of February, 2021.

Respectfully Submitted,

BRIAN T. MORAN
United States Attorney
*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Ave, Suite 700
Tacoma, Washington  98402
Phone: (253) 428-3826
Email:michelle.lambert@usdoj.gov

*Attorneys for Defendants*


*s/      Brett W. Sommermeyer*
BRETT W. SOMMERMEYER, WSBA # 30003

 *s/      Catherine E. Pruett*
CATHERINE E. PRUETT, WSBA # 35140

SEA SHEPHERD LEGAL
226 Eastlake Avenue East, No. 108
Seattle, WA  98102
Phone: (206) 504-1600
Email: brett@seashepherdlegal.org
Email: catherine@seashepherdlegal.org

*Attorneys for Plaintiff*

STIPULATED DISMISSAL - 2
(CASE NO. C18-01387-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## **ORDER**

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation. This case is dismissed with prejudice.

DATED this 3rd day of February, 2021.

_[signature]_

DISTRICT JUDGE JAMES L. ROBART
UNITED STATES DISTRICT COURT

STIPULATED DISMISSAL - 3
(CASE NO. C18-01387-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970